# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MYERS DEXTER**<br><br>      **v.**<br><br>**AMERICA'S BEST VALUE IN ET AL** | **CIVIL ACTION**<br><br>**NO. 13-CV-4783** |

## ORDER

**AND NOW**, this 27th day of January, 2014, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**.

                                    **BY THE COURT:**

                                    **/s/ Michael M. Baylson**
                                    _____
                                    **Michael M. Baylson, U.S.D.J**.

O:\CIVIL 13\13-4783 dexter v. america's best\13cv4783.grant dismiss.improper venue.docx